**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **JAMES HATCHER** | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION FILE NO.** |
| v. | ) | |
| | ) | 1:21-cv-02284-SDG-RGV |
| **CRONIC NISSAN, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**ACKNOWLEDGMENT OF SERVICE**

COME NOW, Defendant Cronic Nissan, Inc. ("Defendant") and hereby acknowledges service of the Summons of the Complaint in the above styled civil action. Defendants shall have 21 calendar days from the date of execution of this Acknowledgement by counsel for Defendant to file their response to the Complaint. Defendants shall retain all defenses or objections to the Complaint and to the jurisdiction and venue of the Court, except any objections based on notice, service and issuance of process.

So acknowledged this 11th day of June, 2021.

                                             **FREEMAN MATHIS & GARY, LLP**

                                             */s/ Jill R. Dunn*
                                             Jill R. Dunn
                                             Georgia Bar No. 602155
                                             Matthew N. Foree
                                             Georgia Bar No. 268702

                                             *Counsel for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)
jdunn@fmglaw.com
mforee@fmglaw.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleadings complies with Northern District of Georgia Local Rule 5.1(C) regarding all spacing, font, and font size requirements.

This 11th day of June, 2021.

**FREEMAN MATHIS & GARY, LLP**

<u>/s/ Jill R. Dunn</u>
Jill R. Dunn
Georgia Bar No. 602155
Matthew N. Foree
Georgia Bar No. 268702

*Attorneys for Defendants*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T: 770-818-0000
F: 770-937-9960
jdunn@fmglaw.com
mforee@fmglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have submitted the foregoing **ACKNOWLEDGMENT OF SERVICE** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to the following counsel of record who are CM/ECF participants:

Shimshon Wexler
S Wexler, LLC
2244 Henderson Mill Rd, Suite 108
Atlanta, Georgia 30345

This 11th day of June, 2021.

                                                                 /s/ Jill R. Dunn
                                                                 Jill R. Dunn
                                                                 Georgia Bar No. 602155

                                                                 *Counsel for Respondent*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
T:  770.818.0000
F:  770.937.9960
E: jdunn@fmglaw.com